THE STATE ex rel. PRUDENTIAL LIFE INSUR-
ANCE COMPANY OF AMERICA v. W. D. VAN-
DIVER, Superintendent of Insurance of the State
of Missouri.

In Banc, July 9, 1909.

Mandamus.

PEREMPTORY WRIT DENIED.

WOODSON, J.—This is one of the three cases
briefed, argued and submitted together with the case
of State ex rel. Equitable Life Assurance Society v.
Vandiver, Superintendent of Insurance of the State
of Missouri. The issues and legal propositions in-
volved in this case are substantially the same as those
involved in that, and the conclusions reached in that
case are controlling in this. We are, therefore, of the
opinion that a peremptory writ of mandamus should
be denied, and it is so ordered.

*Valliant, C. J., Burgess,* and *Gantt, JJ.,* concur;
*Graves, J.,* dissents in separate opinion in which *Fox,*
and *Lamm, JJ.,* concur.

## DISSENTING OPINION.

GRAVES, J.—This is one of three cases briefed,
argued and submitted together, although separate up-
on our docket. I have fully covered both the law and
the facts in a dissenting opinion in the case of State
ex rel. Equitable Life Assurance Society of the United
States v. Vandiver, Superintendent. Both law and
facts are practically the same in all three cases. What
was said in my dissenting opinion in the Equitable
case applies to the questions involved in this case.
The peremptory writ of mandamus should be awarded.
*Fox* and *Lamm, JJ.,* concur herein.